UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DONALD FRANK BURESH,<br><br>　　　　Defendant. | Case No. 21-cv-08138-KAW<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Re: Dkt. No. 19 |

On March 23, 2022, the Court granted Defendant's motion to dismiss for lack of standing. (Dismissal Order, Dkt. No. 18.)  The Court gave Plaintiff 21 days to file an amended complaint or a notice of intent not to file an amended complaint. (*Id.* at 6.)  On April 13, 2022, Plaintiff notified the Court that he would not file an amended complaint. (Dkt. No. 19.)  Accordingly, the Court DISMISSES Plaintiff's claims with prejudice under Federal Rule of Civil Procedure 12(b)(6) and will enter judgment in favor of Defendants and close the case. *See Edwards v. Marin Park, Inc.*, 356 F.3d 1058, 1064-65 (9th Cir. 2004).

　　IT IS SO ORDERED.

Dated: April 27, 2022

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge